IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOELLEN BREWER                                                PLAINTIFF

    v.        Civil No. 08-5053

KOHL'S DEPARTMENT
STORES, INC.                                                  DEFENDANT

## ORDER

Now on this 5th day of August 2008, there comes on for consideration Defendant's Motion to Dismiss Claim for Punitive Damages (Doc. 6). The Court, being well and sufficiently advised, and Plaintiff having no objection, finds the Motion should be GRANTED and Plaintiff's claim for punitive damages is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of August, 2008.

                                      */s/ Robert T. Dawson*
                                      HONORABLE ROBERT T. DAWSON
                                      UNITED STATES DISTRICT JUDGE